IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Walter H. Rice

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Walter H. Rice and the referral reassigned to Magistrate Judge Michael R. Merz.

IT IS SO ORDERED.

Honorable Algenon L. Marbley
Chief United States District Judge

Dated: December 19, 2023

| Case Number | Case Title |
|---|---|
| 2:23-cv-03230-JLG-EPD | GS Holistic, LLC v. Grandview Stop LLC et al |
| 2:23-cv-03234-JLG-KAJ | GS Holistic, LLC v. LAYLAS HOOKAH LOUNGE LLC et al |
| 2:23-cv-03470-JLG-KAJ | GS Holistic, LLC v. Shalabi Tobacco INC. et al |
| 2:23-cv-03578-JLG-EPD | GS Holistic, LLC v. Goodfellas Smoke Shop LLC et al |
| 2:23-cv-03602-JLG-CMV | GS Holistic, LLC v. NYC Deli Mart LLC et al |
| 2:23-cv-03604-JLG-CMV | GS Holistic, LLC v. Canal Smoke & Vape Inc. et al |
| 2:23-cv-03760-JLG-CMV | GS Holistic, LLC v. Dublin Smoky Row Inc. et al |
| 2:23-cv-03762-JLG-CMV | GS Holistic, LLC v. DIALA TOBACCO SHOP LLC LLC et al |
| 2:23-cv-03782-JLG-CMV | GS Holistic, LLC v. Smoker Zone LLC et al |