AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| GS HOLISTIC, LLC<br>*Plaintiff*<br>v.<br>GRANDVIEW STOP LLC, dba SMOKE SHOP 1 et al<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:23cv3230<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Judgment in the amount of $144,643.66, with additional equitable relief, shall enter in favor of Plaintiff and against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Walter H. Rice  on a motion for Default Judgment against GRANDVIEW STOP LLC d/b/a SMOKE SHOP 1 and ALAA ALTAWALBA

Date:  8/22/2025

*CLERK OF COURT*

*[signature]*

*Signature of Clerk or Deputy Clerk*